■ PROVIDENCE WASHINGTON INSURANCE COMPANY, as Subrogee of PARK HAVEN TOWING CORP., Respondent, v PREMISES PROTECTION, INC., Appellant. [628 NYS2d 562] —Appeal by the de-

fendant from an amended order of the Supreme Court, Queens County (Milano, J.), dated March 2, 1994.

Ordered that the amended order is affirmed, with costs, for reasons stated by Justice Milano at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.